UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Tyrone Bridges**             **Docket No. 7:22-CR-80-M**

**Petition for Action on Supervised Release**

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Tyrone Bridges, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on February 7, 2023, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Michael Tyrone Bridges was released from custody on September 26, 2025, at which time the term of supervised release commenced.

On November 21, 2025, the case was reassigned to Chief United States District Judge Judge Richard E. Myers II.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 13, 2025, the defendant submitted to a urinalysis which was confirmed positive for marijuana by Abbott Laboratory on November 19, 2025. The defendant admitted to the validity of the test, and he was admonished for his actions. To address this drug use, a condition providing for drug testing and treatment is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake                /s/ Korey A. Cross
David W. Leake                    Korey A. Cross
Supervising U.S. Probation Officer      U.S. Probation Officer
                                            2 Princess Street, Suite 308
                                            Wilmington, NC 28401-4290
                                            Phone: 910-679-2051
                                            Executed On: December 3, 2025

Michael Tyrone Bridges
Docket No. 7:22-CR-80-M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 4th day of December, 2025, and ordered filed and made a part of the records in the above case.

*Richard E. Myers II*
Richard E. Myers II
Chief United States District Judge