UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Michael Tyrone Bridges            Docket No. 7:22-CR-80-1M

### Petition for Action on Supervised Release

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Tyrone Bridges, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on February 7, 2023, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Michael Tyrone Bridges was released from custody on September 26, 2025, at which time the term of supervised release commenced.

On November 21, 2025, the case was reassigned to Chief United States District Judge Richard E. Myers II.

On December 3, 2025, a Petition for Action was submitted reporting drug use. It was recommended that the defendant complete a substance abuse assessment and treatment. The court agreed.

On December 16, 2025, a transfer request was submitted to the Western District of North Carolina.

On January 9, 2026, a Petition for Action was submitted reporting drug use. It was recommended that the defendant complete a mental health assessment and treatment. The court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 28, 2026, the defendant submitted to a urinalysis which was confirmed positive for fentanyl by Abbott Laboratory on February 9, 2026. To address this drug use, the supervising officer in the Western District of North Carolina requested a condition providing for warrantless searches. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a search if the Probation Officer has a reasonable suspicion that the defendant has committed a crime or a violation of a condition of supervised release. Such a search may be conducted by a U.S. Probation Officer, and such other law enforcement personnel as the probation officer may deem advisable, without a warrant or the consent of the defendant. Such search may be of any place where evidence of the above may reasonably be expected to be found, including defendant's person, property, house, residence, vehicle, communications or data storage devices or media or office.

Except as herein modified, the judgment shall remain in full force and effect.

Michael Tyrone Bridges
Docket No. 7:22-CR-80-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Korey A. Cross
Korey A. Cross
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2051
Executed On: February 12, 2026

## ORDER OF THE COURT

Considered and ordered this 17th day of February, 2026, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge